# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 109 MM 2020 |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| DENNIS MADDREY, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 6th day of August, 2020, the "Application for King's Bench Authority/Extraordinary Relief" is DENIED.